```
UNITED STATES DISTRICT COURT
     DISTRICT OF MINNESOTA
CIVIL CASE NO.: 24-3297(DSD/DLM)
```

Julie Dalton, individually and
on behalf of all others
similarly situated,                                  **ORDER**

       Plaintiffs,

  v.

Genesco Inc. d/b/a
Journeys,

       Defendant.


Based upon the submitted notice of dismissal, **IT IS HEREBY ORDERED** that all claims between the parties are dismissed without prejudice and without costs, disbursements, or fees to any party.


Dated: September 9, 2024    s/David S. Doty
                                            David S. Doty, Judge
                                            United States District Court